No. 43
McKAY v. LATIMER
Ohio Appeals, 8th Dist., Cuyahoga Co.
No. 4994. Decided June 9, 1924
887. PARTIES—Action must be brought against the principal though undisclosed.
182. BROKERS—Commissions held n o t earned when enforcible contract not shown.
PER CURIAM.
Epitomized Opinion
Published only in Ohio Law Abstract

Action by McKay for commission for renting a store room in building owned by the Bangor Co. of which Latimer is the president and principal stockholder. The lessee procured never took possession and the evidence shows that the lease was not effective until possession was taken. Judgment was rendered for McKay in common pleas. On error proceedings the court

of appeals reversed the judgment, holding:

1. That whatever services performed by McKay were performed not for Latimer but for the company of which he was president and that McKay sued the wrong party.

2. That evidence shows the lease was never consummated and that commission was never earned, as there was never any contract that was enforcible.

Attorneys—Boyd, Cannon, Brooks and Wickham, for McKay; S. H. Deutsch, for Latimer.